IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**JOSEPH ALEXANDER DANSBY, Sr.**                                                        **PETITIONER**

v.                                              No. 4:24-cv-4032-SOH-BAB

**STATE OF ARKANSAS**                                                                         **RESPONDENT**

## ORDER

Came on for consideration **JOSEPH ALEXANDER DANSBY, Sr.'s** Petition for Writ of Habeas Corpus Relief pursuant to 28 U.S.C. § 2241.  ECF No. 1.  Petitioner did not pay the filing fee or submit a request to proceed *in forma pauperis* at the time he submitted the Petition.  The Clerk sent a notice of this deficiency to Petitioner on April 19, 2024.  The notice was not addressed properly and was returned to the Clerk without delivery to Petitioner.  ECF No. 3. The Court directs the Clerk to send the notice of deficiency to the Petitioner at the address he has provided in the Petition.

**IT IS ORDERED** the Petitioner shall pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* on or before May 22, 2024.  **Failure to comply with this Order will result in this petition being dismissed for failure to comply with the Court's Orders and failure to pay the required filing fee.**

**SIGNED** this **8th day of May 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE