IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH ALEXANDER DANSBY, SR. PETITIONER

v. Case. No. 4:24-cv-04032

STATE OF ARKANSAS RESPONDENT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.[1] ECF No. 7. Upon preservice screening pursuant to 28 U.S.C. § 1915A(a), Judge Bryant recommended that Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) be denied without prejudice for failing to exhaust his state court remedies.

Plaintiff filed a timely objection to the R&R. ECF No. 8. However, even giving the objection a liberal construction, Plaintiff has not put forth a specific objection to Judge Bryant's reasoning. See U.S. v. Sellner, 773 F.3d 927, 932 (8th Cir. 2014) (noting that pro se filings must be liberally construed). Instead, Plaintiff primarily expresses confusion as to available state remedies and does not address the barrier to his petition that Judge Bryant identified. Thus, the Court need only review the R&R for clear error. See Thompson v. Nix, 897 F.2d 356, 358-59 (8th Cir. 1990) (noting that an objection to a magistrate's R&R must be timely and specific to require a de novo review of the R&R).

[1] Magistrate Judge Barry A. Bryant retired from the bench in September of 2025.

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 7) in toto. Accordingly, Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge